No. 68239.—I. D. L. Mfg. & Sales Corp. *v.* United States, protests 61/9311 and 61/12415 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of hand-operated, 2-hole paper punches similar in all material respects to those the subject of *United States* v. *IDL Mfg. & Sales Corp.* (48 CCPA 17, C.A.D. 756), the claim of the plaintiff was sustained.